

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-23-00077-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| DANIEL GONZALEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20220D04717) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial courts order of the court below in accordance with this Court's opinion. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF APRIL 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.